From: Charles Bunton
Allred Unit, TDCJ#1143771
2101 FM 369 North
Iowa Park, TX 76367

60,852-07

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 17 2015

Abel Acosta, Clerk

February 11, 2015

To: Court of Criminal Appeals of Texas
P.O. Box 12308, Capitol Station
Austin, Texas 78711

Dear Clerk:

On March 14, 2014 in cause no. WR-60,852-07 my "Original application for writ of mandamus was received and presented to the Court."

On April 2, 2014 "the Court... denied without written order <u>Motion for leave to file...</u>"

The Court was aware that the requirement to file a "motion for Leave to File" was repealed long before I filed my mandamus writ.

This Court should, on its motion — go back and rule on WR-60,852-07.

This Court has all of my original documents (exhibits) that I cannot afford to replace because I am indigent. That mandamus writ #WR-60,852-07 is about a VOID JUDGMENT from the 3rd Court of Appeals, where that court wrongly affirmed my conviction on direct appeal.

Respectfully Submitted,

Charles Bunton